UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS DOMINGO MARTIN,<br><br>                        Petitioner,<br><br>v.<br><br>PATRICK DIVVER, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operation ("ICE/ERO"); TODD LYONS, Acting Director of Immigration and Customs Enforcement ("ICE"); KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); PAMELA BONDI, Attorney General of the United States; in their official capacities; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>                        Respondents. | Case No.: 26-cv-0434-JES-VET<br><br>**ORDER FOR BOND HEARING**<br><br>**[ECF No. 1]** |

      Before the Court is Petitioner Nicolas Domingo Martin's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") and Motion for a Temporary Restraining Order ("TRO"). ECF Nos. 1, 2. Both the Petition and the motion for TRO were filed on

1

January 23, 2026. *Id.* Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 6. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). *Id.* at 2. Accordingly, the Court **GRANTS IN PART** the petition as follows:

(1) The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that she is detained under 8 U.S.C. § 1225(b)(2); and

(2) Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

Pending the status report, the Court will hold in abeyance the merits of the remainder of the relief Petitioner requests in his petition.

**IT IS SO ORDERED.**

Dated: January 30, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge