UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NICOLAS DOMINGO MARTIN,

Petitioner,

v.

PATRICK DIVVER, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operation ("ICE/ERO"); TODD LYONS, Acting Director of Immigration and Customs Enforcement ("ICE"); KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); PAMELA BONDI, Attorney General of the United States; in their official capacities; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Respondents.

Case No.: 26-cv-0434-JES-VET

**ORDER GRANTING VOLUNTARY DISMISSAL**

**[ECF No. 10]**

Before the Court is Petitioner Nicolas Domingo Martin's Notice of Voluntary Dismissal of his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") and Motion for a Temporary Restraining Order ("TRO"). ECF Nos. 1, 2. The

1

parties fully briefed the initial Petition, and the Court ordered a bond hearing but left open the remainder of Petitioner's claims. ECF Nos. 6, 7, 8. At Petitioner's bond hearing, the immigration judge denied Petitioner bond. ECF No. 9. Petitioner now seeks to dismiss all his claims in their entirety. ECF No. 10.

Good cause appearing, the Court hereby **GRANTS** Petitioner's Notice of Voluntarily Dismissal. ECF No. 10. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: February 10, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

26-cv-0434-JES-VET